

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00158-CV

Amanda **WOOD** and Christopher Wood, Jr.,
Appellants

v.

Katrina **FULLER** and Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05542
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: June 30, 2021

DISMISSED

On May 26, 2021, the trial court clerk filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellants to provide written proof to this court by June 11, 2021, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants were entitled to appeal without paying the clerk's fee. We warned that if appellants failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also*

TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellants failed to respond. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM